UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK NILSEN and JOHN NESSE, as Trustees of the Carpenters and Joiners Welfare Fund, and WAYNE NORDIN and PATRICK NILSEN, as Trustees of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>Plaintiffs,<br><br>v.<br><br>3M CONTRACTING, LLC d/b/a RM CONTRACTING, LLC,<br><br>Defendant. | Case No. 25-CV-3535 (PJS/SGE)<br><br>ORDER |

Samuel Schultz and Amanda R. Cefalu, REINHART BOERNER VAN DEUREN, S.C., for plaintiffs.

This matter is before the Court on plaintiffs' motion for default order and injunction pursuant to Fed. R. Civ. P. 55.  The Court held a hearing on plaintiffs' motion on December 31, 2025.  Defendant received notice of the hearing, but did not appear.

Based on all of the files, records, and proceedings herein, and for the reasons stated on the record at the December 31 hearing, IT IS HEREBY ORDERED THAT:

    1.    Plaintiffs' motion for default order and injunction [ECF No. 10] is

           GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.

2.      Defendant 3M Contracting, LLC, d/b/a RM Contracting, LLC is ORDERED to produce for inspection and audit a complete set of the following business records for the period January 2023 through August 2025 (inclusive):

    a.    All payroll registers or journals;

    b.    All payroll registers or journals for "3M Contracting, LLC d/b/a RM Contracting, LLC";

    c.    All time cards;

    d.    Completed fringe fund remittance reports;

    e.    All Internal Revenue 941 quarterly reports;

    f.    All Form 1099s and 1096s;

    g.    All Internal Revenue W-2 and W-3 forms (to the extent such forms are issued by the employer prior to the audit being completed);

    h.    All documents evidencing payments to any individual for labor or services, regardless of whether defendant classifies such individual as an employee or as a subcontractor;

    i.    All cash disbursement reports or journals;

    j.    All checking account bank statements including copies of all checks issued from the accounts of any company owned or related to defendant, or from which benefits were paid;

       k.      All Minnesota quarterly unemployment reporting forms (SUTASs) and quarterly tax forms; and

       l.      All records identifying the type of work performed by each employee and individual who has performed services for defendant.

3.    Defendant must submit all reports and records required by ¶ 2 of this order to the offices of Wilson-McShane Corporation, 3001 Metro Drive, Suite 500, Bloomington, MN 55425, within ten days of the date on which defendant is served with a copy of this order.

4.    There being no just reason for delay, the Court ORDERS entry of judgment on the foregoing injunction pursuant to Fed. R. Civ. P. 54(b).

5.    Plaintiffs may file and serve a motion for entry of a money judgment in the amount that defendant owes for delinquent contributions, interest, liquidated damages, audit fees, and attorney's fees and costs. Plaintiffs' motion must be supported by sufficient documentation. Defendant may then file and serve a response to plaintiffs' motion within 14 days after being served with plaintiffs' motion. No hearing will be held on plaintiffs' motion unless the Court orders otherwise.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 31, 2025                    /s/ Patrick J. Schiltz
                                                                  Patrick J. Schiltz, Chief Judge
                                                                  United States District Court